RECEIVED
JUL 16 2012
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



RECEIVED
U.S. PROBATION
1113 10TH STREET
ST. LOUIS, MO

2012 JUL -3 PM 3: 44

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4-07CR516CAS |
| ) | |
| Jamie Marie Hall ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EARLY TERMINATION OF PROBATION OR
## SUPERVISED RELEASE TERM

I, Jamie M Hall, request that my term of probation or supervised release be terminated early for the following reasons: I have completed all classes and drug testing. I have been employed since I've been home. I currently am a manager of a clothing store. I have my own apartment. I have done everything the Courts + PO have asked. Thank You

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

July 1, 2012
Date

Jamie M Hall
(Signature of Defendant)
7153 Weil Ave
(Address)
St Louis MO 63119

### CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Darren Konrumer [name] and to the United States Attorney's Office on July 1st, 2012.

Jamie M Hall
(Signature of Defendant)